IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEEE DIVISION

AUSTIN BATES,

   *Plaintiff*,

v.                                              Case No.: 4:22cv32-MW/MJF

LEON COUNTY SHERIFF and
DIRECTOR,

   *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. Plaintiff's emergency motion for a temporary restraining order, ECF No. 3, is **DENIED without prejudice**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on May 27, 2022.**

                                                                s/Mark E. Walker_____
                                                                **Chief United States District Judge**