IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUSTIN BATES,

   *Plaintiff*,

v.                                     Case No.: 4:22cv32-MW/MJF

LEON COUNTY SHERIFF and
DIRECTOR,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 31. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 31, is **accepted and adopted** as this Court's opinion. Plaintiff's "Emergency Motion for Temporary Injunction," ECF No. 14, is **DENIED**.

SO ORDERED on February 15, 2023.

                                       s/Mark E. Walker_____
                                       **Chief United States District Judge**