IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUSTIN BATES,

   *Plaintiff*,

v.                                                 Case No.: 4:22cv32-MW/MJF

WALT MCNEIL,
SHERIFF OF LEON COUNTY,

   *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 34. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 34, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for failure to comply with Court Orders and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on April 10, 2023.**

                                           s/Mark E. Walker
                                         **Chief United States District Judge**